UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:88-cr-195-T-EAK

ISAC VILLANUEVA and
EDGAR SANCHEZ

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Superseding Indictment against Defendants ISAC VILLANUEVA and EDGAR SANCHEZ, without prejudice. Leave of Court is granted and the Superseding Indictment is dismissed against Defendants ISAC VILLANUEVA and EDGAR SANCHEZ in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendants ISAC VILLANUEVA and EDGAR SANCHEZ.

Dated: MARCH 27th 2018

ELIZABETH A. KOVACHEVICH
United States District Judge

Copy to:
AUSA STACIE B. HARRIS